**Wylla B. JOHNSON, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

No. 03–3781.

United States Court of Appeals, Eighth Circuit.

Submitted May 13, 2004.

Decided June 28, 2004.

As Corrected July 7, 2004.

James H. Green, Kansas City, MO, Cathleen A. Shine, Harrisonville, MO, for Plaintiff–Appellant.

Jerry Lee Short, U.S. Attorney's Office, Frank V. Smith, III, Chief Counsel, Social Security Administration, Pamela A. Kultgen, Office of the General Counsel, Kansas City, MO, for Defendant–Appellee.

Before MORRIS SHEPPARD ARNOLD, BEAM, and MELLOY, Circuit Judges.

PER CURIAM.

Wylla B. Johnson appeals the district court's[1] order affirming an administrative law judge's (ALJ) finding that she was not eligible for supplemental security income under Title XVI of the Social Security Act. Having reviewed the record, we conclude that the ALJ's finding was supported by substantial evidence. This case presents no novel issues to justify an extended discussion. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable James C. England, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).